IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JONATHAN M. GAGLIARDINO     :   **CIVIL ACTION**

                   : 

        **v.**             :   **NO. 23-1358**

                   : 

**PINKERTON CONSULTING AND**    : 

**INVESTIGATIONS**              : 

## ORDER

**AND NOW**, this 12th day of February 2024, upon considering Defendant's Motion to dismiss (D.I. 5), Plaintiff's Response (D.I. 11, 12), Defendant's Reply (D.I. 13), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (D.I. 5) is **GRANTED** dismissing the presently inadequately plead Complaint (D.I. 1-1) without prejudice to file an amended Complaint consistent with Rule 11 by no later than **February 26, 2024.**

_____

KEARNEY, J.