UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN M. GAGLIARDINO, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No.: 1:23-cv-01358 |
| v. | : |
| | : |
| PINKERTON CONSULTING AND INVESTIGATIONS, | : |
| | : |
| | : |
| Defendant. | : |

NOTICE OF SETTLEMENT AGREEMENT
AND MOTION TO VACATE ALL DEADLINES

**PLEASE TAKE NOTICE** that the parties have reached an agreement to settle the above-captioned matter. Counsel for both parties are in the process of preparing and finalizing the Settlement Agreement ("Agreement"). While the parties intend to file a Stipulation of Dismissal as soon as is practicable once the Agreement has been finalized and executed and the settlement proceeds received, the parties respectfully request an additional thirty (30) days to complete the necessary settlement paperwork. Additionally, the parties respectfully make a joint request to vacate all deadlines as set forth in the Court's Case Management and Scheduling Order of April 2, 2024 (D.I. 36). Plaintiff is filing this Notice and Motion with the approval and permission of counsel for the Defendant.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

OFFIT KURMAN

By:  */s/ Michael K. DeSantis*
Anthony N. Delcollo, Esq. (DE 5688)
Michael K. DeSantis, Esq. (DE 4847)
222 Delaware Avenue, Suite 1105
Wilmington, Delaware 19801
Tel.: (302) 351-0900
Fax: (302) 351-0915
adelcollo@offitkurman.com
michael.desantis@offitkurman.com

*Attorneys for Plaintiff*

Dated:  June 27, 2024
4878-7446-8300, v. 1