# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JONATHAN M. GAGLIARDINO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-1358 |
| | : | |
| **PINKERTON CONSULTING AND INVESTIGATIONS** | : | |
| | : | |

# ORDER

AND NOW, this 9th day of August 2024, upon reviewing the parties' Joint stipulation of dismissal (D.I. 47), it is **ORDERED**:

1. This action is **DISMISSED** with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**